UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLENN M. GORMAN,

    Plaintiff,

v.        Case No: 8:16-cv-1916-T-36JSS

BANK OF AMERICA, N.A.,

    Defendant.
_____/

**ORDER OF RECUSAL**

THIS MATTER is before the Court sua sponte. Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies herself because of her familiarity with a named party, from which her impartiality might reasonably be questioned. Accordingly, it is

**ORDERED**:

1. The undersigned is recused from this case.

2. The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

**DONE** and **ORDERED** in Tampa, Florida on July 22, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record