UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLENN M. GORMAN,

    Plaintiff,

v.        Case No: 8:16-cv-1916-T-36AAS

BANK OF AMERICA, INC.,

    Defendant.
_____/

**ORDER**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 20). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 20).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on November 21, 2016.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record